UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., <br> an Indiana Corporation, <br><br>                Plaintiff, <br><br> vs. <br><br> BRANDO ENTERPRISES, L.P., a Delaware Limited Partnership, BRAND SENSE PARTNERS, LLC, a California Limited Liability Company, and NICOLE BURT, an Individual, <br><br>                Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:12-cv-01384-SEB-DML <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE TO COURT OF SETTLEMENT

Comes now CMG WORLDWIDE, INC. ("CMG"), by counsel Theodore J. Minch, and hereby notifies the Court that the parties have reached settlement of all claim associated with this matter. In support of the foregoing, CMG states and avers as follows:

1. Currently, Defendants' Motion to Dismiss or, in the Alternative, to Transfer, filed November 13, 2012 (Dkt 14), is pending before the Court.

2. CMG had requested, and received, a second extension of time in which to respond to Defendants' motion (Dkt 23) in light of detailed and serious settlement negotiations between the parties to this litigation and the companion Central District of California litigation, *Brando Enterprise, LP v. Madonna Louise Ciccone ("Madonna") and Bhakti Touring, Inc.*, Case No. 2:12-cv-08994-GAF-VBK, filed on or about October 18, 2012.

3. On or about January 6, 2013, the parties to this litigation and the parties associated with the Central District of California litigation reached terms of settlement in these matters; those terms were reduced to writing, have been agreed to by all involved, but the formal

settlement and release papers are in the process of being circulated for signatures of the various parties.

4.  The parties hereto anticipate filing a stipulation of dismissal in this action once all parties have executed the settlement papers.

DATED:  McCordsville, Indiana
                January 17, 2013

SOVICH MINCH, LLP

/s/ Theodore J. Minch
_____
Theodore J. Minch, Attorney No. 18798-49
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Telephone:     (317) 335-3601
Facsimile:     (317) 335-3602
Email:         tjminch@sovichminch.com

*Attorneys for Plaintiff CMG Worldwide, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was forwarded this day to the following party representatives of record by placing a copy of the same via this Court's electronic ECF/PACER electronic filing system, this 17th day of January, 2013:

Jan M. Carroll, Esq.
Meredith Thornburgh White
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
e-mail: jan.carroll@btlaw.com
            mwhite@btlaw.com

/s/ Theodore J. Minch
_____
Theodore J. Minch (IN#18798-49)
SOVICH MINCH, LLP
Attorneys for CMG Worldwide, Inc.